■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD LAYTON, Appellant. [628 NYS2d 546] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered September 1, 1994, convicting him of criminal possession of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL MANN, Appellant. [628 NYS2d 546] —Appeal by the defendant from a judgment of the County Court, Westchester County (Murphy, J.), rendered October 14, 1993, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant waived his right to contest his adjudication as a second felony offender *(see, People v Jackson,* 151 AD2d 781; *People v Stephens,* 193 AD2d 1087). Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.